## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY LACKEY, derivatively on behalf of PARETEUM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT H. "HAL" TURNER, EDWARD O'DONNELL, DENIS MCCARTHY, VICTOR BOZZO, LUIS JIMENEZ-TUÑON, ROBERT L. LIPPERT, ROB MUMBY, LAURA THOMAS, and YVES VAN SANTE,<br><br>Defendants,<br><br>and<br><br>PARETEUM CORPORATION,<br><br>Nominal Defendant. | CIVIL ACTION NO. _____<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/28/2021 |

### ORDER GRANTING MOTION FOR LEAVE TO
### FILE INITIAL COMPLAINT UNDER SEAL

AND NOW, this twenty sixth day of January, 2021, upon consideration of the Motion of Plaintiff Gregory Lackey for Leave to File Initial Complaint Under Seal, the motion is GRANTED. The Clerk shall maintain the Complaint in the above-captioned action under seal subject to further Order of the Court.

**The Clerk is directed to restrict access to this order to the selected party viewing level.**

SO ORDERED.

_Alison J. Nathan_ 1/27/2021
Judge, U.S. District Court